IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  06-cr-00493-WDM

UNITED STATES OF AMERICA,

Plaintiff,

v.

LATASHA JOHNSON,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion to Transport Defendant for Attorney Meeting(s) at U.S. Marshal's Office** [Doc. # 34, filed 7/10/2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The Marshal shall transport the defendant to the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, for reasonable attorney visits at the Marshal's Office for so long as the defendant is incarcerated at an inaccessible facility, upon 48 hours notice (two business days) from the defendant's counsel.

Dated July 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge